SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7249

Attorneys for Plaintiff

FILED
MAR 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARK BANKS, <br> Defendant. | No. CR 06-0816 MHP <br><br> NOTICE OF DISMISSAL <br><br> (San Francisco Venue) |

Inasmuch as defendant Mark Banks is now deceased, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: March 22, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

MARK L. KROTOSKI
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 06-0816 MHP)

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 3/27/07

HON. MARILYN HALL PATEL
United States District Judge